# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:17 CV 111

| | | |
|---|---|---|
| **TIMOTHY CURTIS STOKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL**, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| **Defendant.** | ) | |

On December 11, 2017, Plaintiff Timothy Stoker filed a Brief in Support of Summary Judgment. Plaintiff, however, did not file a motion with the Court. Regarding motions, Local Civil Rule of Procedure 7.1(A) states:

> **(A)** *Motions in Writing*. Unless made during a hearing or trial, all motions must be put in writing and filed as provide by LCvR 5.2(C) and shall state with particularity the grounds of the motions and shall set forth the relief or Order sought. Motions will ordinarily be ruled upon without oral argument, unless otherwise ordered by the Court.

Regarding briefs in support of motions, Local Civil Rule of Procedure 7.1(C) states:

> **(C)** *Requirement of Briefs*. Briefs shall be filed contemporaneously with the motion. . . .

Therefore, the Court **DIRECTS** Plaintiff to file a Motion for Summary Judgment and at that same time file his brief in support.

Signed: December 12, 2017

_____
Dennis L. Howell
United States Magistrate Judge

