IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17CV111

| | |
|---|---|
| TIMOTHY CURTIS STOKER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NANCY A. BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

This matter is before the Court sua sponte. A review of the record reveals that Defendant filed her motion for summary judgment and memorandum in support on March 27, 2018 (# 17). Then, on March 28, 2018, Defendant filed an amended motion for summary judgment (# 19). The amended motion specifically states that "[a] memorandum of law in support of this motion for summary judgment is attached." (# 19) at 1. In fact, a memorandum of law in support was not filed. Therefore, Defendant has ten (10) days from the date of this order to either explain the circumstances or otherwise rectify the situation.

Signed: June 20, 2018

Dennis L. Howell
United States Magistrate Judge