IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17 CV 111 WCM

| | |
|---|---|
| TIMOTHY CURTIS STOKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court following issuance of the Mandate (Doc. 32) from the United States Court of Appeals for the Fourth Circuit regarding the unpublished decision in Stoker v. Saul No. 18-2141 (4th Cir. November 3, 2020), vacating the judgment. See Doc. 30.[1]

Pursuant to the instructions of the Fourth Circuit (Doc. 30), this matter is hereby remanded to the Social Security Administration for further proceedings.

It is so ordered.

Signed: December 29, 2020

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The final order was entered by United States Magistrate Judge Dennis Howell on July 20, 2018. Judge Howell retired while the case was on appeal and the matter was subsequently re-assigned to the undersigned.